MICHAEL K. BRISBIN (SBN:169495)
Email: michael.brisbin@wilsonelser.com
LISA SILVA PASSALACQUA (SBN:161990)
Email: lisa.passalacqua@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California  94105
Telephone:  (415) 433-0990
Facsimile:  (415) 434-1370

JS-6

Attorneys for Plaintiff
**AMERICAN GENERAL LIFE INSURANCE COMPANY**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> BAHRAM ZENDEDEL <br><br> Defendant. | Case No.  2:14-cv-09785-R-JEM <br><br> **ORDER ON PLAINTIFF AMERICAN GENERAL LIFE INSURANCE COMPANY'S REQUEST FOR VOLUNTARY DISMISSAL OF ITS COMPLAINT WITH PREJUDICE FILED AGAINST BAHRAM ZENDEDEL** <br><br> **FRCP Rule 41(a)(2)** |

The Court having considered Plaintiff American General Life Insurance Company's request, finds that good cause appears for its request because:

(1)    No Defendant has answered the Complaint.

(2)    Defendant Bahram Zendedel returned an executed and notarized Voluntary Rescission Agreement dated February 20, 2015, wherein he agreed to the rescission of the American General Life Insurance policy number YME0914760.

(3)    American General accepted the executed and notarized Voluntary Rescission Agreement from Defendant Zendedel, and;

(4)    In exchange for the executed and notarized Voluntary Rescission Agreement, American General agreed to dismiss its lawsuit with prejudice, each

ORDER GRANTING AMERICAN GENERAL LIFE INSURANCE COMPANY'S REQUEST FOR VOLUNTARY DISMISSAL OF ITS COMPLAINT WITH PREJUDICE FILED AGAINST DEFENDANT BAHRAM ZENDEDEL

1345027v.1

side to bear its own costs and fees.

**NOW, THEREFORE**, the above captioned action is hereby dismissed with prejudice, each side to bear its own costs and fees.

Dated: March 13, 2015       WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

_____

**HONORABLE MANUEL L. REAL**
UNITED STATES DISTRICT COURT

ORDER GRANTING AMERICAN GENERAL LIFE INSURANCE COMPANY'S REQUEST FOR
VOLUNTARY DISMISSAL OF ITS COMPLAINT WITH PREJUDICE FILED AGAINST
DEFENDANT BAHRAM ZENDEDEL

1345027v.1